**FILED**

FEB 1 2 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

           **Plaintiff,**

v.                              **CIVIL ACTION NO.** _1·08cv61_

FREDERICK A. SANDY,

           **Defendant.**

### ORDER

The plaintiff having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically Exhibits A, B and C attached to the Complaint, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the plaintiff's Motion, it is accordingly

**ORDERED** that Exhibits A, B and C, as set forth and identified in the plaintiff's Motion and currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATE: _February 11, 2008_

_Irene M. Keeley_
UNITED STATES DISTRICT JUDGE